# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0937.  JOSHUA WRIGHT v. GEORGIA DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILD SUPPORT SERVICES et al.

Joshua Wright filed a complaint alleging that he had been unlawfully charged for child support.  The trial court dismissed the complaint, and Wright appealed directly to the Supreme Court, which transferred the case here.  Because this case involves child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal.  See *Booker*, supra. Wright's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/28/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*